IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| MAGGIE W., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22:cv1157 |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 17, 2023, in response to a motion for summary judgment.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Report and Recommendation and the objection filed, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that the Commissioner's final decision denying benefits for the period of June 30, 2005 to December 31, 2010 is AFFIRMED and this case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 18, 2023